IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01034-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

LESTER L. WASHINGTON, Bth, MA, M.E.D., LCGC, ABD,

    Plaintiff,

v.

COLORADO STATE UNIV. FT. COLLINS, et al.,

    Defendants.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff has filed *pro se* a Title VII Compliant (ECF No.1), a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2), a "Motion to Refile of USDC of Colorado Case 10CV1889BNB . . ." (ECF No. 3), and a "Motion to File the Rough Draft of the History and Representation of Some 5 - 8000 Pages of Available Exhibits, Facts, and Past Complaints . . ." (ECF No.4).  Plaintiff will be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.  The "Motion to Refile of USDC of Colorado Case 10CV1889BNB . . ." will be denied as unnecessary and the "Motion to File the Rough Draft of the History and Representation of Some 5 - 8000 Pages of Available Exhibits, Facts, and Past Complaints . . ." will be addressed in a future order.  Accordingly it is

ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2) is GRANTED.  It is

FURTHER ORDERED that the "Motion to Refile of USDC of Colorado Case 10CV1889BNB . . ." (ECF No. 3) is DENIED as unnecessary.  It is

FURTHER ORDERED that the court review the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.  It is

FURTHER ORDERED that process shall not issue at this time.

DATED April 19, 2012, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge