**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01034-BNB

LESTER L. WASHINGTON, Bth, MA, M.E.D., LCGC, ABD,

    Plaintiff,

v.

COLORADO STATE UNIV. FT. COLLINS, et al.,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion (ECF No. 8) filed on May 25, 2012, is GRANTED to the extent Plaintiff seeks an extension of time to file an amended complaint and DENIED to the extent Plaintiff requests any other action or relief. Plaintiff shall have up to and including **June 29, 2012**, to file an amended complaint as directed.

    Plaintiff's motion (ECF No. 9) filed on May 29, 2012, is DENIED without prejudice because Plaintiff fails to provide a clear and concise statement of the relief he is requesting or the facts that support the requested relief.

Dated: May 30, 2012