**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01034-BNB

LESTER L. WASHINGTON, Bth, MA, M.E.D., LCGC, ABD,

    Plaintiff,

v.

COLORADO STATE UNIV. FT. COLLINS, et al.,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motions (ECF Nos. 11, 13, 14, & 16) filed on June 11 and 12, 2012, are DENIED without prejudice because Plaintiff fails to provide a clear and concise statement of the relief he is requesting or the facts that support the requested relief.

Dated:  June 13, 2012