**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01034-BNB

LESTER L. WASHINGTON, Bth, MA, M.E.D., LCGC, ABD,

      Plaintiff,

v.

COLORADO STATE UNIV. FT. COLLINS, et al.,

      Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's motion (ECF No. 18) is GRANTED to the extent Plaintiff seeks an extension of time to file an amended complaint and DENIED to the extent Plaintiff requests any other action or relief. Plaintiff shall have up to and including **August 1, 2012**, to file an amended complaint as directed. Plaintiff's motion (ECF No. 21) seeking a stay of the proceedings until October 2012 is DENIED.

      Plaintiff's motion (ECF No. 20) is DENIED without prejudice because Plaintiff fails to provide a clear and concise statement of the relief he is requesting or the facts and legal authority that support the requested relief.

Dated: June 29, 2012