# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01034-BNB

LESTER L. WASHINGTON, Bth, MA, M.E.D., LCGC, ABD,

     Plaintiff,

v.

COLORADO STATE UNIV. FT. COLLINS, et al.,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Plaintiff's motion (ECF No. 23) is DENIED without prejudice because Plaintiff fails to provide a clear and concise statement of the relief he is requesting or the facts and legal authority that support the requested relief.

Dated:  July 18, 2012

---