IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01034-LTB

LESTER L. WASHINGTON, Bth, MA, M.ED., ABD,

    Plaintiff,

v.

COLORADO STATE UNIV. FT. COLLINS, et al.,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 16, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 16 day of October, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/L. Gianelli
                    Deputy Clerk